**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8009**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ROY EDWARD TAYLOR, a/k/a Big Roy, a/k/a Roy Penn,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:99-cr-00076-NKM-1)

_____

Submitted:  February 26, 2013      Decided:  March 1, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roy Edward Taylor, Appellant Pro Se.  Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Edward Taylor appeals the district court's order denying reconsideration of its order denying Taylor's 18 U.S.C. § 3582(c)(2) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Taylor</u>, No. 3:99-cr-00076-NKM-1 (W.D. Va. Nov. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>